CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 3 0 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS W. CODER, | ) |
| Petitioner, | ) Civil Action No. 7:09CV00352 |
| v. | ) **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN, | ) By: Hon. Glen E. Conrad |
| Respondent. | ) United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED**;

2. The petitioner's motion for default judgment shall be and hereby is **DENIED**;

3. The petitioner's request for an evidentiary hearing shall be and hereby is **DENIED**; and

4. The petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 30th day of June, 2010.

/s/ Glen E. Conrad
United States District Judge